■ In the Matter of JOHN CONNELL et al., Appellants, v BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents. — Appeal from a judgment of the Supreme Court, Kings County (Yoswein, J.), entered March 2, 1981, dismissed. The judgment was superseded by an order of the same court, dated May 5, 1981, which was entered upon reargument. Order affirmed, insofar as reviewed. No opinion. Respondents are awarded one bill of $50 costs and disbursements. Gibbons, J. P., Weinstein, Thompson and Rubin, JJ., concur.